# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 7 |
| Christine Marie Layfield, | Case No. 18-12815 (BLS) |
| Debtor. | Dkt. Ref. Nos. 12, 15, 16 |

## CERTIFICATION OF COUNSEL

I, Jaclyn Weissgerber, hereby certify as follows:

1. I am an attorney-at-law admitted to practice in Delaware, New York, and New Jersey.

2. I am a trial attorney with the United States Department of Justice, Office of the United States Trustee (the "U.S. Trustee") and am familiar with the facts and circumstances contained herein.

3. On December 14, 2018, Christine Marie Layfield (the "Debtor") filed a voluntary Chapter 7 petition in the United States Bankruptcy Court for the District of Delaware.

4. On February 22, 2019, the U.S. Trustee filed a Motion to Transfer Venue of the Debtor's Bankruptcy Case to the United States Bankruptcy Court for the Central District of California or Alternatively, Dismiss the Debtor's Bankruptcy Case under 11 U.S.C. § 305 (the "Motion," D.I. 12).

5. On March 15, 2019, the Debtor filed an Objection to the Motion (the "Objection," D.I. 15). On the same date, Interested Party, Philip Layfield, joined the Objection (D.I. 16).

6. The parties consented to dismissal of the Debtor's Chapter 7 case in open court on March 21, 2019.

7. As directed by the Court, the parties have conferred and reached an agreement regarding the proposed form of Order, a copy of which is attached hereto as **Exhibit A**.

8. Accordingly, the parties respectfully request that the proposed form of Order be entered at the Court's earliest convenience.

                                        Respectfully submitted,

                                        **ANDREW R. VARA**
                                        **ACTING UNITED STATES TRUSTEE**
                                        **REGION 3**

Dated: March 26, 2019                 **BY:**   */s/ Jaclyn Weissgerber*
                                                          Jaclyn Weissgerber, Esq. (No. 6477)
                                                          Trial Attorney
                                                          United States Department of Justice
                                                          Office of the United States Trustee
                                                          J. Caleb Boggs Federal Building
                                                          844 N. King Street, Room 2207
                                                          Wilmington, DE 19801
                                                          (302) 573-6491
                                                          (302) 573-6497 (Fax)