# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 7 |
| Christine Marie Layfield, | Case No. 18-12815 (BLS) |
| Debtor. | Dkt. Ref. Nos. 12, 15, 16 |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

After consideration of (i) the Motion of the United States Trustee to Transfer Venue of the Debtor's Bankruptcy Case to the United States Bankruptcy Court for the Central District of California or Alternatively, Dismiss the Debtor's Bankruptcy Case under 11 U.S.C. § 305 (the "Motion," D.I. 12); (ii) the Objection of Christine Layfield to the Motion (the "Objection," D.I. 15); and (iii) the Joinder of Interested Party, Philip Layfield, to the Objection (D.I. 16), and upon consent of the parties in open court on March 21, 2019, it is hereby ORDERED and ADJUDGED that:

1. The above-referenced Chapter 7 Case is hereby dismissed without prejudice; and
2. The Court retains jurisdiction to the extent necessary to enforce this Order.

**Dated:** March _____, 2019        **BY THE COURT:**

_____
THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE